UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAMUEL VALDEZ, | |
|             Petitioner, | Case No. C21-5322-TSZ-SKV |
|    v. | |
| RONALD HAYNES, | ORDER GRANTING PETITIONER'S SECOND MOTION FOR ENLARGEMENT OF TIME |
|             Respondent. | |

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court at the present time on petitioner's second motion for an enlargement of time to file a response to Respondent's answer to Petitioner's federal habeas petition. Dkt. 13. Petitioner was previously granted a sixty-day extension of time to file his response to Respondent's answer. *See* Dkts. 10, 12. Petitioner now seeks an additional sixty-days to prepare and file his response, arguing that the additional time is necessary because of COVID-19 related restrictions on law library access at the Stafford Creek Corrections Center. Dkt. 13. Respondent has filed a response to Petitioner's motion in which he indicates that he does not oppose Petitioner's second request for an enlargement of time, but that he will oppose any further requests for additional

ORDER GRANTING PETITIONER'S SECOND
MOTION FOR ENLARGEMENT OF TIME - 1

time for Petitioner to file his response. Dkt. 14. The Court, having reviewed Petitioner's motion, Respondent's response, and the balance of the record, hereby finds and ORDERS as follows:

(1) Petitioner's second motion for an enlargement of time to file a response to Respondent's answer (Dkt. 13) is GRANTED. Petitioner is directed to file his response not later than *November 16, 2021*. Petitioner is advised that future extensions will not be granted absent a showing of extraordinary circumstances.

(2) Respondent's answer to Petitioner's federal habeas petition (Dkt. 8) is RE-NOTED on the Court's calendar for consideration on *November 26, 2021*. Respondent shall file any reply brief in support of his answer by that date.

(3) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Thomas S. Zilly.

DATED this 4th day of October, 2021.

                                                            S. KATE VAUGHAN
                                                            United States Magistrate Judge

ORDER GRANTING PETITIONER'S SECOND
MOTION FOR ENLARGEMENT OF TIME - 2